UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RHONDA S., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00229-RLY-CSW ) |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Consistent with today's Entry, the court **AFFIRMS** the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income benefits. Accordingly, the court now enters final judgment for the Defendant and against the Plaintiff.

**IT IS SO ORDERED** this 3rd day of December 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.